**Opinion issued February 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00900-CV

————————————

**LLOYD'S REGISTER DRILLING INTEGRITY SERVICES, INC.,**
**Appellant**

**V.**

**MODURESOURCES USA, INC., MODURESOURCES AP PTE, LTD.,**
**DARRYL COLACINO, RICKY EATON, DARREN HURLES AND**
**TRACEY SIMPSON, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-44520**

---

## MEMORANDUM OPINION

Appellant, Lloyd's Register Drilling Integrity Services, Inc., representing that

the parties have agreed to compromise and settle their differences in the underlying

lawsuit, has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.